| | |
|---|---|
| 1 | SHERRIE M. FLYNN, SBN 240215 |
|   | sflynn@ch-law.com |
| 2 | AISHA O. OTORI, SBN 342273 |
|   | aotori@ch-law.com |
| 3 | COLEMAN & HOROWITT, LLP |
|   | Attorneys at Law |
| 4 | 499 W. Shaw Avenue, Suite 116 |
|   | Fresno, California 93704 |
| 5 | Telephone: (559) 248-4820 |
|   | Facsimile: (559) 248-4830 |
| 7 | Attorneys for Plaintiffs, HYPHY MUSIC, INC., DOMINGO TORRES and ALFONSO VARGAS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPHY MUSIC, INC., a California corporation; DOMINGO TORRES, an individual; and ALFONSO VARGAS, an individual, | Case No. |
| | **PLAINTIFF HYPHY MUSIC INC.'S** |
| Plaintiffs, | **NOTICE OF INTERESTED PARTIES (FRCP 7.1-1)** |
| vs. | |
| YELLOWCAKE, INC., a California corporation; COLONIZE MEDIA, INC., a California corporation, KEVIN BERGER, an individual, JOSE DAVID HERNANDEZ, an individual; JESUS CHAVEZ, SR, an individual; JESUS CHAVEZ, JR, an individual: PEDRO CHAVEZ, an individual and JORGE GARCIA. an individual. | **Judge:** |
| | **Complaint Filed:** |
| Defendants. | |

///

///

///

PLAINTIFF HYPHY MUSIC, INC.'S NOTICE OF INTERESTED PARTIES (FRCP 7.1-1)

1  Pursuant to FRCP Rule 7.1-1, the undersigned counsel for Plaintiff HYPHY
2  MUSIC INC., certifies that (1) Plaintiff, HYPHY MUSIC INC. has no parent
3  corporation, and no publicly traded corporation that currently owns 10% or more of
4  its stock; and (2) Plaintiff, HYPHY MUSIC INC. is not aware of any person who
5  may have pecuniary interest in the outcome of this case other than the named parties.
6  DATED: May 3, 2023                    COLEMAN & HOROWITT, LLP

By:   /s/ Sherrie M. Flynn
      SHERRIE M. FLYNN
      AISHA O. OTORI
      Attorneys for Plaintiffs,
      HYPHY MUSIC, INC.;
      DOMINGO TORRES and
      ALFONSO VARGAS