1  SHERRIE M. FLYNN, SBN 240215
   sflynn@ch-law.com
2  AISHA O. OTORI, SBN 342273
   aotori@ch-law.com
3  COLEMAN & HOROWITT, LLP
   Attorneys at Law
4  499 W. Shaw Avenue, Suite 116
   Fresno, California 93704
5  Telephone: (559) 248-4820
   Facsimile: (559) 248-4830
6

7  Attorneys for Plaintiffs, HYPHY MUSIC, INC.,
   DOMINGO TORRES and ALFONSO VARGAS
8

9

10

11                UNITED STATES DISTRICT COURT

12                EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| HYPHY MUSIC, INC., a California corporation; DOMINGO TORRES, an individual; and ALFONSO VARGAS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>YELLOWCAKE, INC., a California corporation; COLONIZE MEDIA, INC., a California corporation, KEVIN BERGER, an individual, JOSE DAVID HERNANDEZ, an individual; JESUS CHAVEZ, SR, an individual; JESUS CHAVEZ, JR, an individual: PEDRO CHAVEZ, an individual and JORGE GARCIA. an individual.<br><br>Defendants. | Case No. 1:23-CV-00683-ADA-EPG<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT AND RELATED DOCUMENTS** |

PROOF OF SERVICE OF SUMMONS, COMPLAINT AND RELATED DOCUMENTS

## RETURN OF SERVICE

Service of the Summons and complaint was made by me (1) **DATE** 06/13/23 @ 12:45 PM

**NAME OF SERVER (PRINT)** Forest Dodd **TITLE** Process Server REG #228, Merced County

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Jose David Hernandez 701 E. Canal Dr. Turlock, CA 95380

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Logan Tomlinson - Front desk reception

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $82.50 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 06/14/23
Date

Signature of Server: Forest Dodd
Attorney Services of Merced
833 W. 22nd St
Address of Server
Merced, CA 95340