Larry Zerner (SBN 155473)
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
Email: Larry@ZernerLaw.com

Attorneys for Defendants Jesus Chavez, Jr,, Jesus Chavez, Sr., Pedro Chavez and Jorge Garcia

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPHY MUSIC INC., a California corporation; DOMINGO TORRES, an individual; and ALFONSO VARGAS, an individual,<br><br>                  Plaintiffs,<br>v.<br>YELLOWCAKE, INC., a California corporation; COLONIZE MEDIA, INC., a California corporation, KEVIN BERGER, an individual, JOSE DAVID HERNANDEZ, an individual; JESUS CHAVEZ, SR, an individual; JESUS CHAVEZ, JR, an individual: PEDRO CHAVEZ, an individual and JORGE GARCIA. an individual.<br><br>                  Defendants. | **Case No.: 1:23-cv-00683-ADA-EPG**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS JESUS CHAVEZ, JR., JESUS CHAVEZ, SR., PEDRO CHAVEZ AND JORGE GARCIA TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Complaint Filed: May 3, 2023 |

TO THE HONORABLE COURT:

Plaintiffs Hyphy Music Inc., Domingo Torres and Alfonso Vargas (collectively, "Plaintiffs") and defendants Jesus Chavez, Jr., Jesus Chavez, Sr., Pedro Chavez and Jorge Garcia (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on May 3, 2023, Plaintiffs filed their Complaint;

WHEREAS Defendants, except Jesus Chavez, Sr., were served with the Complaint, Summons, and related documents on July 9, 2023;

WHEREAS the response to the Complaint is currently due by Defendants, except Jesus Chavez, Sr., on July 31, 2023;

WHEREAS counsel for Defendants agreed to accept service for Jesus Chavez, Sr. and Jesus Chavez, Sr. was served on July 28, 2023;

WHEREAS, Defendants have recently retained counsel and more time is necessary to assess the case before a response is filed;

WHEREAS this is the first extension requested by Defendants;

NOW THEREFORE, it is hereby stipulated and agreed by and between Plaintiffs and Defendants that the deadline for Defendants to respond to Plaintiffs' complaint is extended to August 31, 2023.

IN WITNESS WHEREOF, the undersigned have made and entered into this Stipulation as of the date set forth below.

DATED: July 31, 2023          COLEMAN & HOROWITT, LLP

                              By: /s/ Sherrie M. Flynn
                                  Sherrie M. Flynn
                              Attorneys for Plaintiffs Hyphy Music, Inc.,
                              Domingo Torres and Alfonso Vargas

DATED: July 31, 2023                    LAW OFFICES OF LARRY ZERNER

                                              By: /s/Larry Zerner
                                                     Larry Zerner
                                          Attorney for Defendants Jesus Chavez, Jr., Jesus Chavez, Sr., Pedro Chavez and Jorge Garcia

**ATTESTATION REGARDING SIGNATURES**

Counsel for Defendants hereby attests by signature below that concurrence in the filing of this document was obtained from counsel for Plaintiff.

DATED: July 31, 2023                    LAW OFFICES OF LARRY ZERNER

                                              By: /s/Larry Zerner
                                                     Larry Zerner
                                          Attorney for Defendants Jesus Chavez, Jr., Jesus Chavez, Sr., Pedro Chavez and Jorge Garcia