Larry Zerner (SBN 155473)
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
Email: Larry@ZernerLaw.com

Attorneys for Defendants Jesus Chavez, Jr,, Jesus Chavez, Sr., Pedro Chavez and Jorge Garcia

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPHY MUSIC INC., a California corporation; DOMINGO TORRES, an individual; and ALFONSO VARGAS, an individual,<br><br>                     Plaintiffs,<br>v.<br>YELLOWCAKE, INC., a California corporation; COLONIZE MEDIA, INC., a California corporation, KEVIN BERGER, an individual, JOSE DAVID HERNANDEZ, an individual; JESUS CHAVEZ, SR, an individual; JESUS CHAVEZ, JR, an individual: PEDRO CHAVEZ, an individual and JORGE GARCIA. an individual.<br><br>                     Defendants. | **Case No.: 1:23-cv-00683-ADA-EPG**<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS JESUS CHAVEZ, JR., JESUS CHAVEZ, SR., PEDRO CHAVEZ AND JORGE GARCIA TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Having reviewed the Stipulation to Extend Time for Defendants Jesus Chavez, Jr., Jesus Chavez, Sr., Pedro Chavez and Jorge Garcia (collectively, "Defendants") to respond to Plaintiffs' complaint ("Stipulation"), the Court orders as follows:

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. Defendants shall have until August 31, 2023, to file a response to Plaintiffs' complaint.

DATED: _____          _____
                                    Hon. Erica P. Grosjean
                                    United States Magistrate Judge