SHERRIE M. FLYNN, SBN 240215
sflynn@ch-law.com
AISHA O. OTORI, SBN 342273
aotori@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Avenue, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiffs, HYPHY MUSIC, INC., DOMINGO TORRES and ALFONSO VARGAS and Counter-Defendants, DOMINGO TORRES and ALFONSO VARGAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPHY MUSIC INC., a California corporation; DOMINGO TORRES, an individual; and ALFONSO VARGAS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>YELLOWCAKE, INC., a California corporation; COLONIZE MEDIA, INC., a California corporation, KEVIN BERGER, an individual, JOSE DAVID HERNANDEZ, an individual; JESUS CHAVEZ, SR, an individual; JESUS CHAVEZ, JR, an individual: PEDRO CHAVEZ, an individual and JORGE GARCIA. an individual.<br><br>Defendants. | Case No. 1:23-cv-00683-JLT-BAM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO TAKE ADDITIONAL DEPOSITIONS**<br><br>Complaint Filed May 3, 2023<br><br>Counterclaim Filed: August 31, 2023 |
| AND RELATED COUNTER-CLAIM MATTER | |

# ORDER

On December 11, 2023, the parties filed a joint stipulation to take additional depositions, in which they stipulated that the parties may take five additional depositions per side, for a total of fifteen depositions per side. (Doc. 34.) The parties noted that this was necessary as there were a total of eight defendants and there may be additional witnesses with relevant testimony. (*Id.*) The parties further noted that the additional depositions would be taken within the scope of permissible discovery defined by Federal Rule of Civil Procedure 26(b). (*Id.*)

Pursuant to the Stipulation to Take Additional Depositions (Doc. 34) and good cause appearing, the Court grants the Stipulation and orders as follows:

1. The parties may take five (5) additional depositions per side for a total of fifteen (15) depositions per side.

IT IS SO ORDERED.

Dated:   **December 14, 2023**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE