AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| EASTERN | District of | CALIFORNIA |

HYPHY MUSIC, INC., et al.
        Plaintiff (s),
V.
YELLOWCAKE, INC., et al.
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:23-cv-00683-JLT-BAM

Notice is hereby given that, subject to approval by the court, **the parties listed on Exhibit 1** substitutes
(Party (s) Name)

**Lawrence J. Zerner**, State Bar No. 155473 as counsel of record in
(Name of New Attorney)

place of **Thomas P. Griffin, Jr.**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Law Office of Larry Zerner |
| Address: | 1801 Century Park East, SUite 240, Los Angeles, CA 90067 |
| Telephone: | (310) 773-3623    Facsimile |
| E-Mail (Optional): | larry@zernerlaw.com |

I consent to the above substitution.

Date: 10/30/2023

David Hernandez _[signature]_
(Signature of Party (s))

_[signature]_

I consent to being substituted.

Date: 10/30/2023

Thomas P. Griffin, Jr.
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

*Hyphy Music, Inc., et al. v. Yellowcake, Inc., et al.*
U.S. District Court, Eastern District of California, Case No. 1:23-cv-00683-ADA-EPG

Attachment #1 to: Consent Order Granting Substitution of Attorney

I consent to the above substitution.

Date: 10/30/2023

Kevin Berger
Chief Executive Officer
Yellowcake, Inc.

Date: 10/30/2023

Kevin Berger
Chief Executive Officer
Colonize Music, Inc.

Date: 10/30/2023

Kevin Berger

*Hyphy Music, Inc., et al. v. Yellowcake, Inc., et al.*
U.S. District Court, Eastern District of California, Case No. 1:23-cv-00683-ADA-EPG

Consent Order Granting Substitution of Attorney

# EXHIBIT 1

David Hernandez

Yellowcake, Inc.

Colonize Media, Inc.

Kevin Berger