UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPHY MUSIC INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>YELLOWCAKE, INC., et al.,<br><br>　　　　　Defendants. | Case No.  1:23-cv-00683-JLT-BAM<br><br>**ORDER REGARDING SUBSTITUTION OF ATTORNEY - PROPOSED**<br><br>(Doc. 39) |

On December 18, 2023, defense counsel Thomas P. Griffin, Jr. filed a proposed substitution of attorney to substitute Lawrence J. Zerner of the Law Office of Larry Zerner as counsel of record for defendants David Hernandez, Yellowcake, Inc., Colonize Media, Inc., and Kevin Berger, in place of Mr. Griffin.  (Doc. 39.)  The proposed substitution is signed by Mr. Griffin and defendants David Hernandez, Yellowcake Inc.'s chief executive officer, Colonize Music, Inc.'s chief executive officer, and Kevin Berger.  Although the proposed substitution is not signed by attorney Lawrence J. Zerner, it appears that Mr. Zerner is already counsel of record for defendants David Hernandez, Yellowcake, Inc., Colonize Media, Inc., and Kevin Berger, having filed an answer on their behalf on August 31, 2023.  (Doc. 21.)  The Court therefore construes the proposed substitution of attorney as a notice of withdrawal of attorney Thomas P.

1

Griffin, Jr.

Accordingly, for good cause appearing, IT IS HEREBY ORDERED that attorney Thomas P. Griffin, Jr. of Hefner Stark & Marois, LLP is withdrawn as counsel of record for defendants David Hernandez, Yellowcake, Inc., Colonize Media, Inc., and Kevin Berger in this case. The Clerk of the Court is directed to terminate attorney Thomas P. Griffin, Jr. as counsel for defendants David Hernandez, Yellowcake, Inc., Colonize Media, Inc., and Kevin Berger in the above-captioned matter.

IT IS SO ORDERED.

Dated: **December 19, 2023**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE