SHERRIE M. FLYNN #240215
sflynn@ch-law.com
AISHA O. OTORI #342273
aotori@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Ave., Ste. 116
Fresno, CA 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiffs, HYPHY MUSIC INC., DOMINGO TORRES, and ALFONSO VARGAS and Counter-Defendants, DOMINGO TORRES and ALFONSO VARGAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPHY MUSIC INC., a California corporation; DOMINGO TORRES, an individual; and ALFONSO VARGAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>YELLOWCAKE, INC., a California corporation; COLONIZE MEDIA, INC., a California corporation, KEVIN BERGER, an individual, JOSE DAVID HERNANDEZ, an individual; JESUS CHAVEZ, SR, an individual; JESUS CHAVEZ, JR, an individual: PEDRO CHAVEZ, an individual and JORGE GARCIA, an individual.<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM ACTION. | **Case No. 1-23-cv-00683-JLT-BAM**<br>*Assigned to Honorable Judge* ***Barbara A. McAuliffe***<br><br>**STIPULATION TO AMEND SCHEDULING ORDER AND [PROPOSED] ORDER THEREON**<br><br>Complaint Filed:    May 3, 2023<br>Counterclaim Filed: August 31, 2023<br>Trial Date:             September 9, 2025 |

Pursuant to Federal Rules of Civil Procedure, Rule 16(b)(4), Plaintiff HYPHY MUSIC INC. ("Hyphy"), and Plaintiffs and Counter-Defendants DOMINGO TORRES (Torres"), and ALFONSO VARGAS ("Vargas"; collectively

1  with Hyphy and Torres, "Plaintiffs"), and Defendants YELLOWCAKE, INC.
2  ("Yellowcake"), COLONIZE MEDIA, INC. ("Colonize"), KEVIN BERGER
3  ("Berger"), JOSE DAVID HERNANDEZ ("Hernandez"), JESUS CHAVEZ, JR
4  ("Chavez Jr."), PEDRO CHAVEZ ("P. Chavez"), and JORGE GARCIA ("Garcia"),
5  and Defendant and Counterclaimant JESUS CHAVEZ SR. ("Chavez Sr.";
6  collectively with Yellowcake, Colonize, Berger, Hernandez, Chavez Jr., P. Chavez,
7  and Garcia, "Defendants," and with Plaintiffs, the "Parties") by and through their
8  respective counsel of record, hereby stipulate as follows:

9      WHEREAS on May 3, 2023, Plaintiffs filed the instant action for False and
10 Deceptive Advertising Under the Lanham Act, Rectification of Trademark
11 Registrations, Unfair Competition Under California Business and Professions Code,
12 False Advertising Under California Business and Professions Code, Intentional
13 Interference With Prospective Business Advantage, Breach of Fiduciary Duty In
14 Violation of California Corporations Code, Aiding and Abetting Breach of Fiduciary
15 Duty, and Money Had and Received (the "Action");

16     WHEREAS on August 31, 2023, Defendants filed an Answer to the Complaint,
17 and Chavez Sr. filed a Counterclaim against Torres and Vargas for Federal Trademark
18 Infringement, Unfair Competition, State Law Trade Name Infringement, and Dilution
19 (the "Counterclaim");

20     WHEREAS counsel for the Parties met and conferred, and on September 26,
21 2023, filed a Joint Scheduling Report;

22     WHEREAS on October 31, 2023, counsel for the Parties participated in a
23 Scheduling Conference before Magistrate Judge Barbara A. McAuliffe, and on that
24 same day, the Court issued an Initial Pretrial Scheduling Order ("Scheduling Order")
25 in the instant Action, setting forth dates for close of discovery, expert designation,
26 supplemental expert designations, etc.;

27     WHEREAS the Parties have diligently engaged in discovery over the past
28 eight months, including:

1. On November 3, 2023, Chavez Sr. propounded Request for Production of Documents to Hyphy, and Special Interrogatories on Hyphy, Torres, and Vargas.
2. On December 11, 2023, Plaintiffs Torres and Vargas propounded Requests for Production of Documents, Set One on defendant, Chavez Sr.
3. On January 16, 2024, Plaintiffs' attorneys issued a subpoena on behalf of Hyphy Music to third-party Blomberg Griffin Accountancy Corporation (certified public accountancy firm for Los Originales de San Juan band).
4. On January 17, 2024, Chavez Sr. propounded revised Special Interrogatories on Torres and Vargas.
5. On March 22, 2024, Plaintiffs' attorneys issued a subpoena on behalf of Hyphy Music to third-party SoundExchange.
6. On May 13, 2024, Torres and Vargas propounded Requests for Production of Documents, Set One to Yellowcake, Inc., and Set Two to Chavez Sr.

WHEREAS Chavez Sr.'s responses to Plaintiffs Torres and Vargas' Requests for Production of Documents, Set One revealed numerous purchases at Table Mountain Casino by Chavez Sr., which were debited against the band's bank account, and prompted Torres and Vargas to propound Requests for Production of Documents, Set Two to Chavez Sr. requesting, among other things, copies of Chavez' personal taxes;

WHEREAS Chavez Sr.'s production of documents on June 28, 2024 to Torres and Vargas' Requests for Production of Documents, Set Two, did not include the requested tax returns, and additional time is necessary for the Parties to meet and confer related to production of Chavez Sr.'s personal tax returns;

WHEREAS on June 28, 2024, after receiving Chavez Sr.'s responses to Torres

and Vargas' Request for Production of Documents, Set Two, Plaintiffs for the first time discovered that Chavez Sr. received payments from UNIVERSAL MUSIC GROUP and may have received payments from other record companies including but not limited to EMI LATIN, and SONY MUSIC, which Plaintiffs contend were not previously disclosed to the other band members.  This newly discovered evidence is highly relevant to central issues in this case, particularly concerning trademark infringement, unfair competition, and breach of fiduciary duty and is likely to have a significant impact on the outcome of this case;

WHEREAS additional time is necessary to subpoena records from Universal Music Group, EMI LATIN, and SONY MUSIC and perhaps other entities to secure documents and testimony critical to the claims and defenses in this case;

WHEREAS on July 31, 2024, the Parties attempted to reach a settlement of the instant Action and Counterclaim through mediation before mediator, Diane Faber.

WHEREAS the Parties made progress but did not settle at mediation and are now attempting to schedule a date for a continued mediation;

WHEREAS the Parties have conferred in good faith regarding the proposed amendments to the Scheduling Order, all Parties involved agree with the proposed amendments, and no prejudice will be caused to any Party as a result of the amendments;

WHEREAS good cause exists to modify the Scheduling Order by ninety (90) days to allow adequate time for the Parties to conduct additional discovery related to the newly discovered evidence, meet and confer on previous discovery responses, and properly prepare for additional mediation and/or trial in light of this evidence;

WHEREAS without adequate time to conduct discovery on this new evidence, the Parties will be deprived of a fair opportunity to prepare for trial, resulting in substantial prejudice;

WHEREAS the amendments do not change the dates previously set for the pretrial conference and the trial, and the Parties intend to diligently comply with the

amended schedule to ensure timely resolution of the matter;

WHEREAS no previous modification of the Scheduling Conference Order has been requested.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, subject to the approval of the Court, that the dates be amended as follows:

## **STIPULATION**

| Description | Current Date | Proposed Dates |
|---|---|---|
| Non-Expert Discovery Cut-off | September 13, 2024 | December 13, 2024 |
| Expert Disclosure | October 11, 2024 | January 13, 2025 |
| Supplemental Expert Disclosure | November 8, 2024 | February 7, 2025 |
| Expert Discovery Cutoff | December 19, 2024 | March 19, 2025 |
| Pretrial Motion Filing Deadline | January 24, 2025 | April 25, 2025 |
| Pretrial Conference | June 23, 2025 | No Change |
| Jury Trial | September 9, 2025 | No Change |

Dated:  August 16, 2024            COLEMAN & HOROWITT, LLP

By:   /s/ Sherrie M. Flynn
SHERRIE M. FLYNN
AISHA O. OTORI
Attorneys for Plaintiffs HYPHY MUSIC, INC., DOMINGO TORRES and ALFONSO VARGAS, and Counter-Defendants, DOMINGO TORRES and ALFONSO VARGAS

Dated:  August 16, 2024            LAW OFFICE OF LARRY ZERNER

By:   /s/ Larry Zerner
LARRY ZERNER
Attorneys for Defendants, YELLOWCAKE, INC., COLONIZE MEDIA, INC., KEVIN BERGER, JOSE DAVID HERNANDEZ, JESUS CHAVEZ, SR, JESUS CHAVEZ, JR, PEDRO CHAVEZ, and JORGE GARCIA, and Counterclaimant, JESUS CHAVEZ, SR.

# **ORDER**

The Parties having stipulated and good cause appearing, **IT IS SO ORDERED** that the Scheduling Order dates are amended as follows:

| Description | Current Date | Proposed Dates |
|---|---|---|
| Non-Expert Discovery Cutoff | September 13, 2024 | December 11, 2024 |
| Expert Disclosure | October 11, 2024 | January 13, 2025 |
| Supplemental Expert Disclosure | November 8, 2024 | February 7, 2025 |
| Expert Discovery Cutoff | December 19, 2024 | March 19, 2025 |
| Pretrial Motion Filing Deadline | January 24, 2025 | April 25, 2025 |
| Pretrial Conference | June 23, 2025 | June 23, 2025<br>1:30 p.m.<br>Courtroom 4 (JLT) |
| Jury Trial | September 9, 2025 | September 9, 2025<br>8:30 AM<br>Courtroom 4 (JLT) |

The parties are reminded, for any future requests for a continuance, that settlement discussions are not good cause to continue dates.

IT IS SO ORDERED.

Dated:   **August 19, 2024**          /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE