SHERRIE M. FLYNN #240215
sflynn@ch-law.com
AISHA O. OTORI #342273
aotori@ch-law.com
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 W. Shaw Ave., Ste. 116
Fresno, CA  93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiffs, HYPHY MUSIC INC., DOMINGO TORRES, and ALFONSO VARGAS and Counter-Defendants, DOMINGO TORRES and ALFONSO VARGAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPHY MUSIC INC., a California corporation; DOMINGO TORRES, an individual; and ALFONSO VARGAS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>YELLOWCAKE, INC., a California corporation; COLONIZE MEDIA, INC., a California corporation, KEVIN BERGER, an individual, JOSE DAVID HERNANDEZ, an individual; JESUS CHAVEZ, SR, an individual; JESUS CHAVEZ, JR, an individual: PEDRO CHAVEZ, an individual and JORGE GARCIA, an individual.<br><br>    Defendants.<br><br>AND RELATED COUNTER-CLAIM ACTION. | Case No. 1-23-cv-00683-JLT-BAM<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:     May 3, 2023<br>Counterclaim Filed:  August 31, 2023<br>Trial Date:          September 9, 2025 |

///

///

///

///

1
NOTICE OF SETTLEMENT

TO THE HONORABLE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that a settlement has been reached between Plaintiff, HYPHY MUSIC INC.; and Plaintiffs and Counter-Defendants DOMINGO TORRES, and ALFONSO VARGAS, on the one hand; and Defendants, YELLOWCAKE, INC., COLONIZE MEDIA, INC., KEVIN BERGER, JOSE DAVID HERNANDEZ, JESUS CHAVEZ, JR., PEDRO CHAVEZ, and JORGE GARCIA; and Defendant and Counter-Claimant, JESUS CHAVEZ, SR.; on the other hand. The terms of the settlement have been memorialized by a settlement agreement and plaintiffs expect a dismissal to be filed within the next 21 days.

Dated: January 29, 2025         COLEMAN & HOROWITT, LLP

By:   /s/ Sherrie M. Flynn
SHERRIE M. FLYNN
AISHA O. OTORI
Attorneys for Plaintiffs HYPHY MUSIC, INC., DOMINGO TORRES and ALFONSO VARGAS, and Counter-Defendants, DOMINGO TORRES and ALFONSO VARGAS