| | |
|---|---|
| 1 | SHERRIE M. FLYNN #240215 |
| 2 | sflynn@ch-law.com<br>AISHA O. OTORI #342273 |
| 3 | aotori@ch-law.com<br>COLEMAN & HOROWITT, LLP |
| 4 | Attorneys at Law<br>499 W. Shaw Ave., Ste. 116 |
| 5 | Fresno, CA 93704<br>Telephone: (559) 248-4820 |
| 6 | Facsimile: (559) 248-4830 |

Attorneys for Plaintiffs, HYPHY MUSIC INC., DOMINGO TORRES, and ALFONSO VARGAS and Counter-Defendants, DOMINGO TORRES and ALFONSO VARGAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPHY MUSIC INC., a California corporation; DOMINGO TORRES, an individual; and ALFONSO VARGAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>YELLOWCAKE, INC., a California corporation; COLONIZE MEDIA, INC., a California corporation, KEVIN BERGER, an individual, JOSE DAVID HERNANDEZ, an individual; JESUS CHAVEZ, SR, an individual; JESUS CHAVEZ, JR, an individual: PEDRO CHAVEZ, an individual and JORGE GARCIA, an individual.<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM ACTION. | Case No. 1:23-cv-00683-JLT-BAM<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION**<br><br>Complaint Filed:   May 3, 2023<br>Counterclaim Filed:   August 31, 2023<br>Trial Date:   September 9, 2025 |

///
///
///
///

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, HYPHY MUSIC INC., DOMINGO TORRES and ALFONSO VARGAS hereby dismiss their Complaint against Defendants, YELLOWCAKE, INC.; COLONIZE MEDIA, INC.; KEVIN BERGER; JOSE DAVID HERNANDEZ; JESUS CHAVEZ, SR.; JESUS CHAVEZ, JR.; PEDRO CHAVEZ; and JORGE GARCIA with prejudice, and Counter-Claimant JESUS CHAVEZ, SR. dismisses his Counter-Claim against Counter-Defendants, DOMINGO TORRES and ALFONSO VARGAS with prejudice.

The Parties shall each bear their own attorneys' fees and costs.

Dated: January 31, 2025          COLEMAN & HOROWITT, LLP

By: /s/ Sherrie M. Flynn
SHERRIE M. FLYNN
AISHA O. OTORI
Attorneys for Plaintiffs HYPHY MUSIC, INC., DOMINGO TORRES and ALFONSO VARGAS, and Counter-Defendants, DOMINGO TORRES and ALFONSO VARGAS

Dated: January 31, 2025          LAW OFFICE OF LARRY ZERNER

By: /s/ Larry Zerner
LARRY ZERNER
Attorneys for Defendants, YELLOWCAKE, INC., COLONIZE MEDIA, INC., KEVIN BERGER, JOSE DAVID HERNANDEZ, JESUS CHAVEZ, SR, JESUS CHAVEZ, JR, PEDRO CHAVEZ, and JORGE GARCIA, and Counterclaimant, JESUS CHAVEZ, SR.

///
///
///
///

**ATTESTATION REGARDING SIGNATURES**

Counsel for Plaintiff hereby attests by signature below that concurrence in the filing of this document was obtained from counsel for Defendants.

Dated: January 31, 2025                COLEMAN & HOROWITT, LLP

By:   /s/ Sherrie M. Flynn
SHERRIE M. FLYNN
AISHA O. OTORI
Attorneys for Plaintiffs HYPHY MUSIC, INC., DOMINGO TORRES and ALFONSO VARGAS, and Counter-Defendants, DOMINGO TORRES and ALFONSO VARGAS